Fuqua

 

| TASER Information | | Offline Report | |
|---|---|---|---|
| Serial | X29003KXY | Local Timezone | Eastern Daylight Time (UTC -04:00) |
| Model | TASER X2 | Generated On | 15 Jun 2016 11:30:47 |
| Firmware Version | Rev. 04.010 | | |
| Application Version | 3.14.37 | | |
| Health | Good | | |

Dates from : Sat May 2 12:00:00 2015  to : Tue May 3 12:00:00 2016

Device (X2)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 57 | 17 Aug 2015 11:45:21 | Power Magazine Change | 0x04 S/N: 267854 Battery capacity: 99% | | | |
| 58 | 17 Aug 2015 11:45:21 | Armed | C1: Empty C2: Empty | | 30 | 99 |
| 59 | 17 Aug 2015 11:45:40 | Safe | C1: Empty C2: Empty | 19 | 30 | 99 |
| 60 | 17 Aug 2015 11:46:26 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 61 | 17 Aug 2015 11:46:29 | Safe | C1: Empty C2: Empty | 3 | 31 | 99 |
| 62 | 17 Aug 2015 11:47:19 | Armed | C1: Empty C2: Empty | | 30 | 99 |
| 63 | 17 Aug 2015 11:47:25 | Safe | C1: Empty C2: Empty | 6 | 31 | 99 |
| 64 | 17 Aug 2015 11:47:26 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 65 | 17 Aug 2015 11:47:28 | Safe | C1: Empty C2: Empty | 2 | 31 | 99 |
| 66 | 17 Aug 2015 11:47:32 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 67 | 17 Aug 2015 11:47:34 | Safe | C1: Empty C2: Empty | 2 | 31 | 99 |
| 68 | 17 Aug 2015 11:47:36 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 69 | 17 Aug 2015 11:47:39 | Safe | C1: Empty C2: Empty | 3 | 31 | 99 |
| 70 | 17 Aug 2015 11:48:23 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 71 | 17 Aug 2015 11:48:23 | Trigger | C1: Empty | 5 | | 99 |
| 72 | 17 Aug 2015 11:48:55 | Safe | C1: Empty C2: Empty | 32 | 32 | 99 |
| 73 | 17 Aug 2015 11:48:56 | Armed | C1: Empty C2: Empty | | 32 | 99 |
| 74 | 17 Aug 2015 11:48:58 | Safe | C1: Empty C2: Empty | 2 | 33 | 99 |
| 75 | 17 Aug 2015 11:49:01 | Armed | C1: Empty C2: Empty | | 33 | 99 |

Plaintiff 00111

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1936 | 30 Apr 2016 10:33:29 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 25 | 65 |
| 1937 | 30 Apr 2016 10:33:32 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1938 | 30 Apr 2016 10:33:36 | Safe | C1: 25' Standard<br>C2: 25' Standard | 7 | 26 | 65 |
| 1939 | 30 Apr 2016 14:43:43 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 28 | 65 |
| 1940 | 30 Apr 2016 14:43:45 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 29 | 65 |
| 1941 | 30 Apr 2016 14:43:46 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 29 | 65 |
| 1942 | 30 Apr 2016 14:43:50 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 28 | 65 |
| 1943 | 03 May 2016 07:38:08 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 25 | 65 |
| 1944 | 03 May 2016 07:38:13 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1945 | 03 May 2016 07:39:03 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1946 | 03 May 2016 07:39:16 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1947 | 03 May 2016 07:39:26 | Safe | C1: 25' Standard<br>C2: 25' Standard | 78 | 29 | 65 |
| 1948 | 03 May 2016 07:39:27 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 29 | 65 |
| 1949 | 03 May 2016 07:39:28 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1950 | 03 May 2016 07:39:42 | Safe | C1: 25' Standard<br>C2: 25' Standard | 15 | 31 | 65 |
| 1951 | 03 May 2016 07:41:07 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 29 | 65 |
| 1952 | 03 May 2016 07:41:08 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1953 | 03 May 2016 07:41:11 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1954 | 03 May 2016 07:41:15 | Arc | C1: 25' Standard<br>C2: 25' Standard | 2 |  | 65 |
| 1955 | 03 May 2016 07:41:35 | Safe | C1: 25' Standard<br>C2: 25' Standard | 28 | 29 | 65 |
| 1956 | 03 May 2016 07:43:18 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 28 | 65 |
| 1957 | 03 May 2016 07:43:19 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 |  | 65 |
| 1958 | 03 May 2016 07:43:21 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 28 | 65 |

Plaintiff 00112