# GEORGIA BUREAU OF INVESTIGATION
## ASSISTANCE RENDERED REPORT

| | | | |
|---|---|---|---|
| **AGENT:** | CALES, TANYA A | **CASE NUMBER:** | 73-0009-26-17 |
| **DATE OPENED:** | 07/13/2016 | **COUNTY:** | MONROE |
| **TYPE OF ACTIVITY:** | ASSISTANCE RENDERED | | |

**SUPERVISOR'S INITIALS:** _[signature]_    **DATE:** 07/13/2016   **HOURS:** 3

**NARRATIVE:**

On Tuesday, June 28, 2016, at approximately 11:00 am, ASSISTANT SPECIAL AGENT IN CHARGE (ASAC) TANYA CALES met with SERGEANT (SGT) SARAH GREGORY and SGT KEMDRICK JONES from the Fulton County Sheriff's Office at the Georgia Public Safety Training Center (GPSTC) for the purpose of conducting Taser data downloads. At that time, SGT GREGORY provided ASAC CALES access to four Tasers. The summary narrative and download documents have been attached to this case. A copy of this case and its attached documents were emailed to SGT GREGORY and SGT JONES.

THIS CASE IS CLOSED.

**ATTACHMENTS**

1. OTHER Narrative summary of Taser Downloads                                (Attachments)
2. OTHER Offline Report - Taser X2 bearing serial number X29003M68           (Attachments)
3. OTHER Offline Report - Taser X26P bearing serial number X12000KAX         (Attachments)
4. OTHER Offline Report - Taser X26 bearing serial number X00-303201         (Attachments)
5. OTHER Offline Report - Taser X26 bearing serial number X00-723795         (Attachments)

PROPERTY OF GBI
Further dissemination is prohibited
without written approval of a GBI Supervisor

Plaintiff 00121

On Tuesday, June 28, 2016, at approximately 11:00 am, ASSISTANT SPECIAL AGENT IN CHARGE (ASAC) TANYA CALES met with SERGEANT (SGT) SARAH GREGORY and SGT KEMDRICK JONES from the Fulton County Sheriff's Office at the Georgia Public Safety Training Center (GPSTC) for the purpose of conducting Taser data downloads. At that time, SGT GREGORY provided ASAC CALES access to four Tasers.

ASAC CALES retrieved a Taser X2 bearing serial number X29003M68. ASAC CALES unloaded the 2 Taser cartridges out of the Taser X2, conducted a 5 second spark test (see report – Seq #143), and the device appeared to be in proper working order. The device was then connected to a computer with Evidence Sync software installed, and the resulting download report is attached with this summary (see attached). At the time of download the internal clock of the device was synced from 06-28-2016/11:29:27 to the current time of 06-28-2016/11:20:39; indicating the clock had been 8 minutes 27 seconds ahead of the actual time. The time difference should be accounted for when reviewing individual entries on the log (see report for exact detail). The device was then disconnected and left in SGT GREGORY'S custody. The following is a list of explanation of terms seen on the attached report.

- Event Column:
    - Arc – means the arc switch was pressed and the duration or length;
    - Armed – means the Taser was turned on;
    - Safe – means the Taser was turned off; and
    - Trigger – means the Taser trigger was pulled and the cartridge was deployed.
- Cartridge Info Column:
    - Empty – means cartridge bay was empty;
    - C1- means cartridge bay 1;
    - C2- means cartridge bay 2;
    - Deployed – means the Taser cartridge was deployed; and
    - 25' Standard – means 25' Taser cartridge.

ASAC CALES retrieved a Taser X26P bearing serial number X12000KAX. ASAC CALES could not conduct a spark test due to the battery of the Taser being dead. The device was then connected to a computer with Evidence Sync software installed, and the resulting download report is attached with this summary (see attached). At the time of download the internal clock of the device was synced from 06-28-2016/10:44:06 to the current time of 06-28-2016/11:28:54; indicating the clock had been 44 minutes 48 seconds behind the actual time. The time difference should be accounted for when reviewing individual entries on the log (see report for exact detail). The device was then disconnected and left in SGT GREGORY'S custody.

ASAC CALES retrieved a Taser X26 bearing serial number X00-303201. ASAC CALES unloaded the TASER X26. ASAC CALES conducted a 5 second spark test (see report – Seq #44), and the device display screen showed E2. The function of the spark test was normal. The device was then connected to a computer with Evidence Sync software installed, however the device failed to load. The device was reconnected a total of 3 times and a download was successful on the 3rd attempt. The resulting download report is attached with this summary (see attached). At the time of download the internal clock of the device was synced from 01-10-2000/19:09:19 to the current time of 06-28-2016/11:35:16; indicating the date and clock are behind the actual date and time. The time difference should be accounted for when reviewing

individual entries on the log (see report for exact detail). The device was then disconnected and left in SGT GREGORY'S custody.

ASAC CALES retrieved a Taser X26 bearing serial number X00-723795. ASAC CALES unloaded the 2 Taser cartridges out of the Taser X2, conducted a 5 second spark test (see report – Seq #1042), and the device appeared to be in proper working order. The device was then connected to a computer with Evidence Sync software installed, and the resulting download report is attached with this summary (see attached). At the time of download the internal clock of the device was synced from 06-28-2016/12:17:31 to the current time of 06-28-2016/11:49:46; indicating the clock had been 27 minutes 45 seconds ahead of the actual time. The time difference should be accounted for when reviewing individual entries on the log (see report for exact detail). The device was then disconnected and left in SGT GREGORY'S custody.

All Tasers were left in the custody of SGT GREGORY and meeting was concluded at 12:30 pm.

Plaintiff 00123