| Order | | | | 05-03-2016 Tue 09:27 AM |
|---|---|---|---|---|
| ROBINSON, WILLIAM | | SID# 5653977 | Gender: Male | DOB 06-09-1975 |
| Order: | Dental - Sick Call Visit | | | |
| Instructions: | mouth injuries from altercation | | | |
| Status: | Canceled | | | |
| Entered by: | RSANDERS | | | |
| Approval Status: | Pending | | | |
| Approved/Rejected by: | | | | |
| Approved/Rejected on: | | | | |
| Requested Start Date: | Tue 05-03-2016 | | | |
| Requested Start Shift: | STAT | | | |
| Requested End Date: | Tue 05-03-2016 | | | |
| Requested End Shift: | STAT | | | |
| Actual Start Date: | | | | |
| Actual Start Shift: | | | | |
| Actual End Date: | Tue 05-17-2016 | | | |
| Actual End Shift: | | | | |
| Renewal Date: | | | | |
| Assigned to: | | | | |
| Requesting Provider: | Sanders, Ronald | | | |
| Supervising Department: | Dental | | | |
| Implementation Department: | Medical - Doctor | | | |
| Verbal Order?: | No | | | |
| Comments: | *** Order Canceled due to Released on: 5/17/2016 11:40:06 AM*** | | | |

| Order | | | | 05-03-2016 Tue 09:27 AM |
|---|---|---|---|---|
| **ROBINSON, WILLIAM** | | SID# 5653977 | Gender: Male | DOB 06-09-1975 |
| Order: | Mental Health Referral | | | |
| Instructions: | involved in altercation in intake extremely agitated and hostile | | | |
| Status: | Completed | | | |
| Entered by: | RSANDERS | | | |
| Approval Status: | Pending | | | |
| Approved/Rejected by: | | | | |
| Approved/Rejected on: | | | | |
| Requested Start Date: | Tue 05-03-2016 | | | |
| Requested Start Shift: | STAT | | | |
| Requested End Date: | Tue 05-03-2016 | | | |
| Requested End Shift: | STAT | | | |
| Actual Start Date: | Tue 05-03-2016 | | | |
| Actual Start Shift: | STAT | | | |
| Actual End Date: | Tue 05-03-2016 | | | |
| Actual End Shift: | STAT | | | |
| Renewal Date: | | | | |
| Assigned to: | | | | |
| Requesting Provider: | Sanders, Ronald | | | |
| Supervising Department: | Mental Health | | | |
| Implementation Department: | Medical - Doctor | | | |
| Verbal Order?: | No | | | |
| Comments: | | | | |