# FULTON COUNTY MEDICAL PRE-SCREENING FORM

DATE: 5/3/16  TIME: 12AM  Name: Robinson, William  Sex: M (circled) F
DOB: 6/9/75  Booking #: 1608785

| Observations: | YES | NO |
|---|---|---|
| Is inmate unconscious or unable to respond to questions? | | ✓ |
| Does the inmate appear to have pain or injuries requiring immediate medical attention? | | ✓ |
| Does the inmate appear to be under the influence of alcohol /drugs? | | ✓ |
| Are there any visible signs/symptoms of alcohol/drug withdrawal? | | ✓ |
| Does the inmate's behavior suggest the risk for suicide? | | ✓ |
| Does the inmate's behavior suggest the risk of assault to staff or others? | | ✓ |
| **Questionnaire to inmate:** | YES | NO |
| Have you ever attempted or contemplated suicide? | | ✓ |
| Are you considering suicide at this time? | | ✓ |
| Have you fainted recently or had a recent head injury? | | ✓ |
| Have you recently been hospitalized? | | ✓ |
| Have you recently been injured?   Says shoulder is D/L | ✓ | |
| Are you diabetic?   If yes accu check: | | ✓ |
| Do you have a chronic cough, coughing up blood, night sweats, fever or recent weight loss? | | ✓ |
| Have you ever tested positive for tuberculosis? | | ✓ |
| Do you drink wine, beer or other alcohol on a regular basis? | | ✓ |
| Have you had withdrawal problems, seizures or blackouts from alcohol or drugs? | | ✓ |
| Are you currently detoxing from alcohol or drugs? | | ✓ |
| Do you take DAILY medications prescribed by a physician for an ongoing medical condition?   abutrol | ✓ | |
| **Questionnaire to inmate (females only):** | YES | NO |
| Are you pregnant? | | ✓ |
| Have you recently had a baby, miscarriage or abortion? | | ✓ |
| Complete Ebola Virus Disease Screening on back of form! | ✓ | |

Vitals: B/P (*SBP<100) 122/86  Temp (*>100) 97.2  Respiration 14  Pulse (*>100) 50  O2 98%

High acuity inmates must have color coded armband(s) placed at this time if applicable.
Check appropriate boxes
- ☐ Blue – medical (IDDM, HTN Crisis, Seizures)
- ☐ Red – Detox    9-8-15 @
- ☐ Yellow – Pregnancy
- ☐ Green – Mental Health (suicidal, homicidal, actively psychotic)

Lt shoulder injury
head injury
injuries to hands/
legs/mouth

NKDA

Cough blood    tazed during altercation
mouth injury

Revised 1/8/15

Ebola Virus Disease (EVD) Screening

| | | No | Yes |
|---|---|---|---|
| 1. | Have you traveled to Africa or neighboring Countries in the last 21 days? Guinea, Liberia, Sierra Leone and Lagos Nigeria | ☑ No | ☐ Yes |
| 2. | Have you had contact with anyone who has traveled from Africa or neighboring Countries in the last 21 days? | ☐ No | ☐ Yes |
| 3. | Do you have any vomiting, diarrhea, abdominal pain? | ☐ No | ☐ Yes |
| 4. | Do you have a fever (≥ 38° C or 100.4°F)?   (Call Nurse to Complete) | ☐ No | ☐ Yes |

If inmate answers YES to question #1 or #2, and has one or more of the symptoms in #3 and/or a fever, **DO NOT ALLOW INMATE TO ENTER THE FACILITY.** Advise arresting officer to transport inmate immediately to Grady Memorial Hospital.

Signature/Title of person completing form: _[signature]_   Date/Time: 5/8/16

Intake Nurse: document attempts to complete intake screening in area below with date/time/signature

| Date/Time | |
|---|---|
| 8/3/16 | pt state his (L) shoulder is dislocated apr returning from court |

Revised 1/8/15