| | | | | |
|---|---|---|---|---|
| | Encounter | | | 05-03-2016 Tue 06:06 PM |
| | ROBINSON, WILLIAM | SID# 5653977 | Gender: Male | DOB 06-09-1975 |

| | |
|---|---|
| **Dictation:** | S: Pt.'s cc:" I was hit in the mouth!" <br><br> O: The exam shows the pt. was hit in the mouth and tooth #8and #9 were avulused. Recommended splinting the teeth. The pt. had no fx of the mandible or maxilla at this time. The pt. does have an alveolar fx. The pt. was told once the teeth were stablized he should not bite or chew on the teeth. The pt. was told that the prognois of the teeth is poor. Recommended a soft diet. <br><br> A: alvusled tooth #8, and #9 <br><br> P: Emerg exam, Pan, tx. plan, edu info and splint of tooth #8, and #9 with a silk suture. The pt. was given 2% lido. with epi. 1,100,000 conc. x 5 carpules. Gave one stat dose of Motrin 600mg and Clindamycin 300mg p.o. in the clinic. The area was cleaned and irrigated and the pt. was to FU in 6 weeks A well check will be done on 5/4/16. <br><br> NV: FU for care on 5/3/16 <br><br> Electronic Signature: <br> Electronically Approved by Valerie Smith, DDS, Dental Director on 05-03-2016 06:11:53 PM. |
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date: <br> 1st Date Of Illness: <br> Unable To Work Dates: <br> Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Smith, Valerie, Corizon ID: |