18