ATTACHMENT A

The parties request that the following questions be posed to the panel regarding their qualifications to serve:

1. Do any of you have difficulty speaking or reading the English language?

2. Are you able to read, write, and understand the English language sufficiently to have completed your juror qualification form?

3. Are you able to speak the English language?

4. Are you incapable – due to any mental or physical condition – to serve on a jury?

5. Are any of you under the age of 18 years of age?

6. Do any of you have a charge pending against you for the commission of, or have you been convicted in State or Federal Court of a crime punishable by imprisonment for more than one year, and if so have your civil rights been restored?

7. Do any of you have a health condition that would prevent you from serving as a juror in this case?

8. Are any of you not a citizen of the United States?

9. Does anyone know, or is anyone related by blood or marriage to William Robinson?

10. Does anyone know, or is anyone related by blood or marriage to, Plaintiff's attorneys Jeffrey Filipovits or Jennifer Hickey?

11. Does anyone know, or is anyone related by blood or marriage to, Defendants' attorneys Kaye Woodard Burwell, Amelia Joiner, or William Scott, with the Office of the Fulton County Attorney?

12. Are you a registered voter?

13. Are you an elected official of Fulton County or an employee of Fulton County or are you related by blood or marriage to any employee or elected official of Fulton County?