Attachment E

(Parties' Stipulation of Facts)

1. Officers Jones and Saunders were acting within the course and scope of their authority as employees of the Fulton County Sheriff's Office.

2. The surveillance video taken in the Fulton County Jail on May 3, 2016, is authentic and admissible.