<u>ATTACHMENT F-1</u>

(PLAINTIFF'S WITNESS LIST)

Plaintiff will call:

1. William Robinson

Plaintiff may call:

1. Each witness listed on Defendants' witness list;

2. A designee of the Fulton County Sheriff's Office to testify to:

    a. Taser logs and the interpretation thereof;

    b. Surveillance video and the operation of surveillance video equipment;

    c. The disciplinary actions taken against each deputy involved in the use of force against Plaintiff;

3. Rafferty Fuqua

4. Markennis Jackson