<u>ATTACHMENT F-2</u>

(DEFENDANT'S WITNESS LIST)

Defendant will call

1. Frank Jones III
   c/o Fulton County Attorney's Office
   141 Pryor Street, Suite 4038
   Atlanta, Georgia 30303

2. Robert Saunders
   c/o Fulton County Attorney's Office
   141 Pryor Street, Suite 4038
   Atlanta, Georgia 30303

Defendant may call

1. Kemdrick Jones
   c/o Fulton County Attorney's Office
   141 Pryor Street, Suite 4038
   Atlanta, Georgia 30303

2. Norman Gipson
   c/o Fulton County Attorney's Office
   141 Pryor Street, Suite 4038
   Atlanta, Georgia 30303

3. Vicky Brown-Godfrey
   2335 Brick Mill Court
   Duluth, GA 30096

4. Leon Brooks
   245 Rosewood Way NW
   Atlanta, GA 30311

5. LPN Ronald Sanders
   c/o Fulton County Attorney's Office
   141 Pryor Street, Suite 4038
   Atlanta, Georgia 30303

6. Lashundra Childs
   c/o Fulton County Attorney's Office
   141 Pryor Street, Suite 4038
   Atlanta, Georgia 30303

7. Nasire Eltayeb
   1008 Sparks St SW
   Atlanta, GA 30310

8. Markus Jones
   c/o Fulton County Attorney's Office
   141 Pryor Street, Suite 4038
   Atlanta, Georgia 30303

9. Probation officer

10. Emzell Woods
    3517 Robins Landing Way
    Decatur, GA 30032

    1372 Willis Mill Rd SW
    Atlanta, GA 30311

11. Dexter Jenkins
    c/o Fulton County Attorney's Office
    141 Pryor Street, Suite 4038
    Atlanta, Georgia 30303