## ATTACHMENT G-1

(Plaintiff's List of Documentary and Physical Evidence)

| COURT USE | EXHIBIT NUMBER | DESCRIPTION |
|---|---|---|
|  | 1 | Fulton County Jail surveillance video of property room |
|  | 2 | Taser log of Rafferty Fuqua and GBI explanation of Taser log |
|  | 3 | Internal Affairs recorded audio interviews |
|  | 4 | Transcripts of Plaintiff's warrant application hearings in Fulton County Superior Court |
|  | 5 | Plaintiff's medical records the Fulton County jail |
|  | 6 | Internal affairs findings and conclusions |
|  | 7 | Selections from Plaintiff's medical records contained in Plaintiff's response to Defendants' requests for production |
|  |  | Any exhibits designated by Defendants |