ATTACHMENT G-2

(Defendants' List of Documentary and Physical Evidence)

| COURT USE | EXHIBIT NUMBER | DESCRIPTION |
|---|---|---|
| | | |
| | 1 | Deposition of William Robinson including any attached exhibits |
| | 2 | Citizen Complaint 16034b including any attached exhibits, and documents related to the resulting investigation |
| | 3 | Deposition of Frank Jones including any attached exhibits |
| | 4 | Deposition of Robert Saunders including any attached exhibits |
| | 5 | Video of Fulton County Jail from May 3, 2016 |
| | 6 | William Robinson probation revocation |
| | 7 | Fulton County Sheriff's Office Policies and Procedures |
| | 8 | Plaintiff's polygraph results from July 7, 2016 |
| | 9 | Plaintiff's pertinent medical records |
| | 10 | Transcript of warrant application hearing from January 26, 2017 |
| | 11 | Inmate Incident #JA16-0771 including any attached exhibits |
| | 12 | Pertinent taser reports |

|  | **13** | Sheriff's staff deployment reports, May 2 and 3, 2016 |
|---|---|---|

PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS

Plaintiff objects to Exhibit 6 concerning probation revocation or underlying criminal charges. Those charges did not result in a felony conviction and are not admissible for any purpose under Fed. R. Evid. 609 and, to whatever extent the records bear any relevance to the case.

Plaintiff objects to Defendants' designation of "any attached exhibits" to the parties' depositions due to not knowing what exhibits will be offered.

Plaintiff objects to the use of any polygraph examination evidence on the basis that it is unreliable, unauthenticated, and irrelevant.